IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-243-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BRADLEY ERIC PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on petitioner's motion for clarification of judgment. [DE #61]. For lack of good cause shown, this motion is DENIED.

This 4th day of February 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35